In the Matter of the Appraisal under the Transfer Tax Law of the Estate of Henry Clay Pierce, Deceased.— Order modified by allowing the total sum of

* Revd., 260 N. Y. 624.

$661,363.53 as deductible debts of the decedent, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Finch, P. J. Merrell, McAvoy, Martin and O'Malley, JJ. [142 Misc. 673.]